ACCEPTED
01-12-01087-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/29/2015 10:37:20 AM
CHRISTOPHER PRINE
CLERK



## WYNNE & WYNNE
### ATTORNEYS AT LAW

1021 MAIN STREET, SUITE 1275
ONE CITY CENTRE
HOUSTON, TEXAS 77002
TELEPHONE 713.227.8835
TELECOPIER 713.227.6205
www.wynne-law.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/29/2015 10:37:20 AM

CHRISTOPHER A. PRINE
Clerk
April 29, 2015

Clerk of the Court
First Court of Appeals
301 Fannin Street, Room 208
Houston TX 77002-2066
Attn: Jessie

Re:     Case No. 01-12-01087-CV; Arnold J. Webre, Jr. and Jo Kathryn Gross vs Ray Black, Guardian of the Estate of Arnold J. Webre, Sr.; In the First Court of Appeals, Houston, Texas

Dear Clerk:

This letter serves as notice that the Bill of Costs filed by the First Court of Appeals on March 27, 2015 contains an error with respect to the fee assessed/paid by our firm in connection with the "Clk Record" dated 12/17/2012 for $165.00.

Jennifer Cantu with the Probate Court electronically filed with this Court an amended statement on April 2, 2015 (Tracer #9348) correcting the price discrepancy. Attached is a copy of the receipt from the Harris County Clerk's Office indicating the correct amount of $401.00 was paid by our firm.

Please issue an Amended Bill of Costs to reflect the correct amount paid for the Clerk's Record.

Very truly yours,

Kenneth R. Wynne
kwynne@wynne-law.com

Enclosures (as stated)
KRW:lp
i468



State of Texas
County of Harris
County Auditor's Form 153
Harris County, TX (rev. 07/11)

**Stan Stanart, County Clerk**

(713) 755-6425

**Fee Officer's Official Receipt**

**Receipt # :** 1017295

**Receipt Date :** 12/17/2012

**Fees Assessed By :** JCANTU

**Cashier :** CARROYO29

WYNNE & WYNNE
711 LOUISIANA ST STE 2010

HOUSTON TX 77002

| | |
|---|---|
| **Party Name :** Webre, Arnold J SR | The Estate of Webre Arnold J Sr*lp* |
| **Case Number :** 394381 | |
| **Court Number:** Two (2) | |

| Fee Description | Amount | Notes |
|---|---|---|
| County Clerk - Transcript Fee | $401.00 | |
| | **Sub Total :** $401.00 | |
| | **Total :** $401.00 | |

| Tender Type | Tender SubType | Check #/CC Auth # | Tender Amount |
|---|---|---|---|
| Check | | 2664 | $401.00 |

**Total Paid :** $401.00

**Over Payment :** $0.00

**Change Due :** $ 0.00

**Remarks :**

---

WYNNE & WYNNE LLP      OPERATING ACCOUNT      **2664**

    Harris County Clerk      12/17/2012

        401.00

---

W&W Operating      Gross Estate - Clerk's Record      401.00